IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARON LAMAR BRIGNAC,

     Plaintiff,                      No. CIV S-09-1614 EFB P

     vs.

JAMES TILTON, et al,

     Defendants.             <u>ORDER</u>

                              /

       Jaron Lamar Brignac, an inmate confined at California State Prison, Sacramento, filed this pro se action in Sacramento County Superior Court, alleging violations of 42 U.S.C. § 1983, 38 U.S.C. § 6101(a)-(b), 18 U.S.C. § 1961-1968 and a state law claim. Defendants removed the action to this court and requested that the court screen the complaint pursuant to 28 U.S.C. § 1915A. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

       Pursuant to 28 U.S.C. § 1915A, the court shall review "a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity." 28 U.S.C. § 1915A(a). "On review, the court shall identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint (1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief

1  from a defendant who is immune from such relief." *Id.* § 1915A(b).

2        The court finds that, for the limited purposes of § 1915A screening, the complaint states

3  cognizable claims for relief against all defendants.

4        Accordingly, it is hereby ORDERED that within 30 days of the date of this order,

5  defendants shall file a response to the complaint.

6  Dated: October 26, 2010.

                      EDMUND F. BRENNAN
                      UNITED STATES MAGISTRATE JUDGE