IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARON LAMAR BRIGNAC,

        Plaintiff,                    No. 2:09-cv-1614 MCE EFB P

       vs.

JAMES TILTON, et al.,

        Defendants.          <u>ORDER</u>

_____/

       Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On June 22, 2012, the magistrate judge filed findings and recommendations herein (ECF No. 21) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

       The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1

1. The findings and recommendations filed June 22, 2012, are ADOPTED in full;

2. All claims purportedly arising under federal law are DISMISSED without leave to amend. *See* 28 U.S.C. § 1915A;

3. All pending motions are denied as MOOT;

4. Any remaining claims arising under state law are REMANDED to the Superior Court of the State of California in and for the County of Sacramento; and

5. The Clerk is directed to close this case.

Dated: August 6, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2